■ AMES DEPARTMENT STORES, INC., et al., Appellants, v ASSESSOR OF THE TOWN OF EVANS et al., Respondents.—Order unanimously reversed, on the law, without costs, and respondents' motion denied. Memorandum. Petitioner asserts that it was error for Trial Term to grant respondents' motion to dismiss its action under Real Property Tax Law article 7 on the grounds that petitioner does not have legal capacity to bring the action and that the petition was not properly verified. We agree. Because petitioner is responsible under its lease for taxes on the leased premises, it is an "aggrieved person" under Real Property Tax Law article 7 *(Matter of Ames Dept. Stores v Assessor of Town of Concord*, 102 AD2d 9). Secondly, respondents waived any objection based on improper verification by failing to give notice of their objection with due diligence *(Matter of Extrom v Town of Skaneateles*, 112 AD2d 35; *Matter of Ames Dept. Stores v Assessor of Town of Concord, supra*, p 13). (Appeal from order of Supreme Court, Erie County, Ricotta, J.—Real Property Tax Law art 7.) Present— Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In the Matter of DEWAYNE W.—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Monroe County Family Court, Maas, J.—authorize petition by Law Guardian.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ DONALD P. DEVINE, SR., Respondent, v STATE OF NEW YORK, Appellant.—Appeal dismissed, without costs, upon preargument conference. Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In the Matter of EUGENE J. MURPHY, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ. (Order entered Dec. 19, 1986.)